UNITED STATES OF AMERICA

                              Plaintiff,

v.                                       Case No.: 1:11−cr−00070−DDD

                                       Judge David D. Dowd Jr.

Richard Michael Persa, et al.

                              Defendant.

# SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

        Notice of Hearing as to defendant Richard Michael Persa; an arraignment is scheduled for 2/24/11 at 8:30 AM in Courtroom No. 242 in Youngstown, Ohio before Magistrate Judge George J. Limbert.(S,AA)

**PLACE**
Thomas D. Lambros
United States Courthouse &Federal Building
125 Market Street
Youngstown, OH
44503

February 18, 2011

                                                Geri M. Smith, Clerk
                                Anita Ann Schenker, Deputy Clerk