DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:11CR70 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Richard Persa | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant Richard Persa has filed a Motion to sever his trial from that of his co-defendant, Matthew Holland. (See docket #17).

The defendant's motion is GRANTED.

IT IS SO ORDERED.

| | |
|---|---|
| March 28, 2011 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |