DOWD, J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:11CR70 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Richard Persa | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant Richard Persa has filed a Motion continue the trial date and motion deadline date (See docket #18).

The defendant Richard Persa's motion is to continue the trial date and motion deadline is GRANTED.  The deadline for filing motions is extended until April 11, 2011.  The Court will reschedule the trial date for Richard Persa on the occasion of the status conference set for April 19, 2011, at 1:00 p.m.

IT IS SO ORDERED.

| | |
|---|---|
| March 28, 2011 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |