| FD-395 Revised 11-05-2002 | FEDERAL BUREAU OF INVESTIGATION **ADVICE OF RIGHTS** | Appendix I |

## LOCATION

Place: Cleveland, Ohio  Date: 1/14/2011  Time: 21:19

### YOUR RIGHTS

*MH* Before we ask you any questions, you must understand your rights.

*MH* You have the right to remain silent.

*MH* Anything you say can be used against you in court.

*MH* You have the right to talk to a lawyer for advice before we ask you any questions.

*MH* You have the right to have a lawyer with you during questioning.

*MH* If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

*MH* If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

### CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed: Matthew Hollah

### WITNESS

Witness: [illegible] - FBI

Witness: [illegible] - FBI

Time: 21:20



GOVERNMENT EXHIBIT
SUPPR-3
PERSA/HOLLAND