APPENDIX II

| FD-395 Revised 11-05-2002 | FEDERAL BUREAU OF INVESTIGATION **ADVICE OF RIGHTS** |

### LOCATION

Place: Cleveland, Ohio  
Date: 1/14/2010  
Time: 18:23

### YOUR RIGHTS

Before we ask you any questions, you must understand your rights. *[initialed]*

You have the right to remain silent. *[initialed]*

Anything you say can be used against you in court. *[initialed]*

You have the right to talk to a lawyer for advice before we ask you any questions. *[initialed]*

You have the right to have a lawyer with you during questioning. *[initialed]*

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish. *[initialed]*

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time. *[initialed]*

### CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed: *[signature]*

### WITNESS

Witness: *[signature]* - FBI

Witness: *[signature]* - FBI Task Force

Time: 18:35

GOVERNMENT EXHIBIT  
SUPPR-4  
PENSA/HILLAND