DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | CASE NO. 1:11 CR 70 |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| Richard Michael Persa, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The sentencing of the defendant has been scheduled for July 15, 2011 at 1:00 p.m.  The co-defendant, Matthew J. Holland, is awaiting trial.  In the event the co-defendant, Matthew J. Holland, is convicted, the Court will delay sentencing the defendant Richard Persa until the Court receives the Presentence Report of the co-defendant.

Consequently, the sentencing scheduled for July 15, 2011 is continued until further order of the Court.

IT IS SO ORDERED.

| | |
|---|---|
|  July 11, 2011 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |