DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.   1:11CR70 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Richard Persa | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The sentencing of the defendant is scheduled for August 17, 2011.  Counsel for the defendant filed a response to the Pre-Sentence Investigation Report and requested a variance.

If counsel for the government wishes to respond, a response should be filed by Friday, August 12, 2011, by 11:00 a.m.

IT IS SO ORDERED.

  August 9, 2011            　　　    /s/ David D. Dowd, Jr.            
Date                                            David D. Dowd, Jr.
                                                   U.S. District Judge