FILED

AUG 18 PM 3:

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11CR70 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DAVID D. DOWD |
| v. | ) | |
| | ) | |
| RICHARD M. PERSA, | ) | |
| | ) | ADDENDUM TO CHANGE OF PLEA |
| Defendant. | ) | |

Pursuant to Rule 11(c)(A)(2) of the Federal Rules of Criminal Procedure, the United States Attorney's Office for the Northern District of Ohio (hereinafter "USAO"), by and through its undersigned attorney(s), and the defendant, **RICHARD M. PERSA**, (hereinafter "Defendant"), enters into the within addendum to the plea proceeding to reflect the plea of guilty which he is entered on April 21, 2011, to the five-count indictment charging bank robbery and aiding and abetting bank robbery pursuant to 18 U.S.C. §§ 2113(a) and (2), to memorialize that he is entering a conditional plea. Specifically, by this written addendum to the plea proceeding, the parties acknowledge that Defendant reserves the right to have an appellate court review an adverse determination of his motion to suppress evidence.



*Defendant's Initials*

Plea Agreement of [defendant's name] - page 2 of 2

## SIGNATURES

**Defendant:** I have read *(or have had read to me)* this addendum to change of plea and have discussed it with my attorney. I have initialed each page of the agreement to signify that I understand and approve the provisions on that page. I am entering this agreement voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impair my ability to understand this agreement.

_____  8-17-11
RICHARD M. PERSA                 Date

**Defense Counsel:** I have read this plea agreement and concur in Defendant pleading in accordance with terms of the agreement. I have explained this plea agreement to Defendant, and to the best of my knowledge and belief, Defendant understands the agreement.

_____  8-17-11
David S. Grant, Esq.             Date
Counsel for Defendant

**United States Attorney's Office:** I accept and agree to this addendum to the plea proceeding on behalf of the United States Attorney for the Northern District of Ohio.

_____  8-17-11
Phillip J. Tripi (0017767)       Date
Assistant U. S. Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
(216) 622-3769
(216) 522-8355 (facsimile)
E-mail: phillip.tripi@usdoj.gov

APPROVED:

_____  8/18/11
DAVID D. DOWD                    Date
UNITED STATES DISTRICT JUDGE

*Defendant's Initials* ___