DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.  1:11CR00070-001 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Richard Michael Persa | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

On August 17, 2011, the Court sentenced the defendant Richard Michael Persa.

The Court imposed a period of five years of supervised release as to each of Counts 1 through 5, to be served concurrently with each other.  However, the Court finds that the statutory provision is not more than 3 years on each count.  Therefore, the Court hereby amends the defendant's term of supervised release to reflect a period of 3 years as to each of Counts 1 through 5, to be served concurrently with each other.   The Judgment and Commitment Order will so reflect this change.

IT IS SO ORDERED.

| | |
|---|---|
| August 18, 2011 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |