## IN THE UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO.:**    11 CR 70 |
| | ) | |
| **Plaintiff** | ) | **JUDGE DAVID D. DOWD, JR.** |
| | ) | |
| **-vs-** | ) | |
| | ) | |
| **RICHARD PERSA** | ) | **NOTICE OF APPEAL** |
| | ) | |
| **Defendant** | ) | |
| | ) | |

Now comes the Defendant, Richard Persa, by and through counsel, and hereby gives notice of his appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment, and all previous rulings by the court appurtenant thereto, entered in this action on the 18th day of August, 2011.

Respectfully submitted,

*s/ David L. Grant*
**DAVID L. GRANT  (#0008407)**
*GRANT & O'MALLEY CO., L.P.A.*
1350 Standard Building
1370 Ontario Street
Cleveland, OH 44113
(216) 241-6868
(216) 241-5464  (FAX)
**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the foregoing notice has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*s/ David L. Grant*
**DAVID L. GRANT (#0008407)**
***GRANT & O'MALLEY CO., L.P.A.***
**ATTORNEY FOR DEFENDANT**