# TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION | District Court No.  1:11cr70-1<br>USCA No.  **11-3948** |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF<br>NAME: Phillip J. Tripi<br>FIRM NAME: U.S. Attorney's Office |
|---|---|
| U.S.A.<br><br>PLAINTIFF -  Appellee <br><br>v.<br><br>RICHARD MICHAEL PERSA<br><br>DEFENDANT -  APPELLANT  | ADDRESS: Suite 400<br>801 Superior Avenue, W<br>Cleveland, OH. 44113<br>TELEPHONE: 216-622-3769<br><br>CURRENT COUNSEL FOR DEFENDANT<br>NAME: David L. Grant<br>FIRM NAME: Grant & O'Malley Co., LPA<br>ADDRESS: 1350 Standard Bldg.<br>1370 Ontario Street<br>Cleveland, OH. 44113<br>TELEPHONE: 216-241-6868 |

If Habeas Corpus, Certificate of Appealability is:  ( ) granted    ( ) denied    ( ) pending

Criminal Defendant: ( ) on bond   (X) incarcerated   ( ) on probation

Fees:  District Court & USCA Fee Paid: ( ) yes   ( ) no   (X) not required
      Pauper Status:   ( ) granted   ( ) denied   ( ) pending
      Affidavit of Financial Status Filed:  (X) yes   ( ) no

Counsel:   (X) appointed   ( ) retained   ( ) pro se

District Court Judge:  Dowd    Court Reporter: Bettis, Uphold, Nageotte & Bish & Associates.

Any hearing or trial   (X) yes   ( ) no    If yes, dates  1/24/11; 2/24/11; 4/19/11; 4/21/11 & 8/17/11.

FROM  Shawn Harrigan    DATE  AUGUST 24, 2011

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2011**. Clerk, GERI M. SMITH, U.S. District Court