READ INSTRUCTIONS ON THE NEXT PAGE
**TRANSCRIPT ORDER**
List on this form all transcript you are ordering from one court reporter.
Use a separate form for each reporter and docket each form separately in the Sixth Circuit ECF database.

District Court __Nothern District of Ohio (Cleveland)__  District Court Docket Number __1:11-CR-70__

Short Case Title __U.S. v. Persa__

Date Notice of Appeal Filed by Clerk of District Court __8/24/11__   COA# __11-3948__

---

**PART 1** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDERED).

A. Complete one of the following:
- [ ] No Hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on the file in District Court Clerk's Office
- [x] This is to order a transcript of the following proceedings: (*specify exact dates of proceedings*)

| | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings | McHargh | see below | D.Bettis |

Testimony (specify witnesses): Initial Appearance (01/24/11)

Other (specify) _____

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24
- [ ] Voir Dire
- [ ] Jury Instructions
- [ ] Opening statement of plaintiff
- [ ] Closing argument of plaintiff
- [ ] Opening statement of defendant
- [ ] Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.
This method of payment will be:
- [x] Criminal Justice Act (Attach copy of CJA Form 24)
- [ ] Private Funds

Date: __9/15/11__

Signature __/s/ Robert M. Jensen__   Print Name __Robert Jensen__   Counsel for __Richard Persa__

Address __4310 Hunt Road, Cincinnati, Ohio 45242__   Telephone __(513) 621-4556__

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL
DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

---

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of the date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

Arrangements for payment were made on
Arrangements for payment have not been made pursuant to FRAP (10(b))

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by Court Reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____   Signature of Court Reporter _____

CJA FORM 24 (one form per court reporter) should be forwarded to the court reporter along with appropriate copy/copies of the transcript order form.

## CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| | RICHARD PERSA | | |
| 3. MAG. DT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| | 1:11-CR-70 | 11-3948 | |
| 7. IN CASE/MATTER OF (*Case Name*) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (*See Instructions*) |
| U.S. V. PERSA | ☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☑ Appeal | ☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | CC |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18 USC 2113(A)2; 18 USC 2113(a)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (*Describe briefly*)

APPEAL PURSUANT TO THE CRIMINAL JUSTICE ACT

**13. PROCEEDING TO BE TRANSCRIBED** (*Describe specifically*). NOTE: The trail transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.)

ALL TRANSCRIPTS RELATING TO PRETRIAL MATTERS, GUILTY PLEA AND SENTENCING

**14. SPECIAL AUTHORIZATIONS** — JUDGE'S INITIALS

A. Apportioned _____ % of transcript with (*Give case name and defendant*)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☑ Prosecution Opening Statement  ☑ Prosecution Argument  ☑ Prosecution Rebuttal
☑ Defense Opening Statement  ☑ Defense Argument  ☑ Voir Dire  ☑ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate represent-ation. I therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_Signature of Attorney_   Date 9/15/2011

ROBERT M. JENSEN, ESQ.
Printed Name
Telephone (513) 621-4556
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_Signature of Presiding Judicial Officer or By Order of the Court_

Date of Order         Nunc Pro Tunc Date

### CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME (*First Name, M.I., Last Name, including any suffix*), AND MAILING ADDRESS |
|---|---|
| ☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other | |

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**

Telephone (513) 621-4556

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (*Itemize*) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim for services rendered an is correct, and that I have not sought or received payment (*compensation or anything of value*) form any other source for these services.

Signature of _____   Date _____

### ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk         Date

### APPROVED FOR PAYMENT – COURT USE ONLY

24. AMOUNT APPROVED

Signature of Judicial Officer or Clerk of Court         Date